IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KRISTA MICHELE TRAPP, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-0029 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The initial case management conference is reset in this action for **Friday, May 25, 2012 at 2:00 p.m., in Nashville**.

It is so **ORDERED**.

**ENTERED** this the 2⌁ day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge