IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

KRISTA MICHELE TRAPP,      )
                                   )
      Plaintiff,            )          CASE NO. 1:12-0029
                                   )          JUDGE HAYNES
v.                           )
                                   )
WAL-MART STORES, INC.,      )
                                   )
      Defendant.        )

**O R D E R**

The initial case management conference is reset in this action for **Friday, May 25, 2012 at 2:00 p.m., in Nashville.**

It is so **ORDERED**.

**ENTERED** this the 24 day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge