IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KRISTA MICHELE TRAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-00029 |
| | ) | Judge Haynes |
| WAL-MART STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION REQUESTING PERMISSION TO ATTEND**
**THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

*[Handwritten annotation: The motion to [appear?] by telephone is DENIED as telephone conferences are held only in [extraordinary?] circumstances. [signature] 5/11/12]*

A Case Management Conference is currently set for Friday, May 25, 2012, at 2:00 p.m. before Honorable Judge Haynes. Counsel for Plaintiff, Krista Trapp, and counsel for Defendant, Wal-Mart Stores, Inc., file this Joint Motion Requesting Permission to Attend the Case Management Conference Telephonically due to the travel time counsel for Defendant would have to incur to attend this conference. Plaintiff's counsel, Andrew Hoover, can be reached at the following telephone number: 931-363-1555. Defendant's counsel, Julie McLaughlin, can be reached at the following telephone number: 901-844-4439.