# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

KRISTA MICHELE TRAPP,          )
                               )
        Plaintiff,             )          No. 1:12-cv-0029
                               )          JUDGE HAYNES
v.                             )
                               )
WAL-MART STORES, INC.,         )
                               )
        Defendant.             )

# O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion for remand

(Docket Entry No. 8) is **GRANTED.** This action is **REMANDED** to the Circuit Court for

Lawrence County, Tennessee. Plaintiff's request for attorney's fees is **DENIED.**

It is so **ORDERED.**

**ENTERED** this the _17th_ day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge