IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KRISTA MICHELE TRAPP, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:12-cv-0029 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for remand (Docket Entry No. 8) is **GRANTED**. This action is **REMANDED** to the Circuit Court for Lawrence County, Tennessee. Plaintiff's request for attorney's fees is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 17th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge